# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Claim No: 2014A51603 |
| vs. | | |
| Christopher Mayberry | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Washtenaw County, Michigan within the jurisdiction of this Court and may be served with service of process at 917 Woodlawn Ave., Ann Arbor, Michigan 48104.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,559.67 |
| B. Current Capitalized Interest Balance and Accrued Interest | $2,568.60 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

| | |
|---|---:|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$4,128.27** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS #1 OF 1

CHRISTOPHER L. MAYBERRY
917 WOODLAWN AVE.
ANN ARBOR, MI 48104
Account No. XXXXX6800

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 04/07/14.

On or about 03/09/92, the BORROWER executed promissory note(s) to secure loan(s) of $2,200.00 from National City Bank, East Lansing, MI. This loan was disbursed for $1,451.00 on 06/01/92, at 8.00% interest per annum. The loan obligation was guaranteed by Great Lakes Higher Education Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 02/01/94, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1,559.67 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 12/25/96, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $1,559.67 |
| Interest: | $2,517.66 |
| Total debt as of 04/07/14: | $4,077.33 |

Interest accrues on the principal shown here at the rate of $0.34 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/6/14

Loan Analyst
Litigation Support Unit

330

**GREAT LAKES HIGHER EDUCATION CORPORATION**
**STAFFORD LOAN APPLICATION AND PROMISSORY NOTE**

### SECTION 1—TO BE COMPLETED BY THE BORROWER "IMPORTANT—READ THE INSTRUCTIONS CAREFULLY"

1. Social Security Number: [redacted]
1a. Last Name: Mayberry
First Name: Christopher
Middle Initial: L
3. Birthdate: 10/29/69

4. Permanent Home Address: 917 Woodlawn
City, State, Zip Code: Ann Arbor MI 48104

6. United States Citizenship Status (Check One): ☒ a. U.S. Citizen/National
7. You are a permanent resident of what state? MI Since: 1/06/69
8. State of Dr: MICHIGAN

9. Loan Period: From 05/1/92 To 08/1/92
10. Loan Amount Requested: $2200
11. Major Course of Study: Digital ELE

13. Have you ever defaulted on a Stafford Loan, PLUS/SLS or Consolidation Loan? ☒ No
14. Have you received a Stafford Loan, PLUS/SLS or Consolidation Loan for a period of enrollment before July 1, 1988? ☒ No

15. List below all Stafford Loan, PLUS/SLS and Consolidation Loans. (none)

17a. Parent or Guardian:
Name: Bradley Bryant
Relationship: Uncle
Address: 917 Woodlawn
City/State/Zip: Ann Arbor MI 48104
Since: 88
Place and City of Employment: Retired

17b. Other Relative:
Name: Lenora Mayberry
Relationship: Sister
Address: 712 Woskin Dr
City/State/Zip: Tecumseh MI
Place and City of Employment: Litatech Ann Arbor

17c. Other Relative or Friend:
Name: Odervene R.
Relationship: Sister
Address: 2144 Washtenaw
City/State/Zip: Ann Arbor MI 48104
Since: 88
Place and City of Employment: U of M Hospital

**Promissory Note for a Stafford Loan**

18a. $2200.00 (Loan Amount Requested)
18b. Maker's Signature: Chris L Mayberry    Date: 3-9-92

### SECTION 2—TO BE COMPLETED BY THE SCHOOL

19. Name of School: Washtenaw Comm College
20. Address: 4800 E Huron River Dr PO Box D-1 Ann Arbor MI 48106
21. Area Code/Telephone No.: 313/973-3529
22. School Code: 002328
23. Enrollment Status: F-T
24. Dependency: I
25. Loan Period: From 5/1/92 To 8/27/92
27. Anticipated Grad.: 12/95
28. Est. Cost of Educ.: $3056
29. Est. Fin. Aid: $1005
30. E.F. Contrib.: $600
31. Appr. Loan Amt.: 6/1/451
32. 1st Disb. MO/DAY/YR: 6/1/92
33. 2nd Disb. MO/DAY/YR: 6/25/92

35. Signature of School Official: [signature]    Print Name and Title: K.J. Alonzo, F.A.O.    Date: 4/28/92

### SECTION 3—TO BE COMPLETED BY THE LENDER

37. Name of Lender: National City Bank Student Loan Processing Center
38. Street Address: P.O. Box 1448
City, State, Zip Code: East Lansing, MI 48826-1448
39. Lender Code: 808877
41. Area Code/Telephone No.: 1(800)328-4143

David Harmon, Vice President, Regional Operations
47. Signature of Student Loan Official: [signature]

LENDER COPY A

APR 28 1992

UPON LENDER COMPLETION MAIL ONLY GREAT LAKES COPY TO: Great Lakes Processing Center P.O. Box 1009, East Lansing, Michigan 48826-1009

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE."

SIGNATURE: Gwen Southworth
TITLE: COLLECTION SUPPORT PROGRAM SPECIALIST
DATE: OCT 2 1996